**Motion Granted and Continuing Abatement Order filed October 29, 2020.**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-20-00399-CV**

———————

**IVAN PEREZ, Appellant**

**V.**

**CITY OF HOUSTON, Appellee**

---

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2019-70048**

---

## CONTINUING ABATEMENT ORDER

On July 21, 2020, we abated this appeal until September 8, 2020, upon Appellant's Unopposed Motion to Abate stating the parties agreed to abate to pursue settlement. On September 22, 2020, we granted a second motion to abate, which expired on October 22, 20120. On October 16, 2020, the parties filed an agreed motion to extend abatement, stating that the parties were still engaged in productive settlement discussions and requesting that we continue the abatement of this appeal. The motion is granted.

The appeal is abated, treated as a closed case, and removed from this court's active docket until **January 4, 2021**. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or

other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel Consists of Justices Spain, Hassan, and Poissant.